**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rosa Elba de la Vega, | Case No. 2:26-cv-00217-JAD-NJK |
|     Plaintiff(s), | **ORDER** |
| v. | [Docket No. 20] |
| Carlos Eduardo Barila, et al., | |
|     Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend the time for service and for leave for alternative service. Docket No. 20. Defendant Globex Transport, Inc. filed a response in partial opposition. Docket No. 23. Plaintiff filed a reply. Docket No. 24. The Court will not hold a hearing. *See* Local Rule 78-1.

As the briefing has unfolded, the parties appear to agree on completing service through the DMV.[1] Despite the lack of any apparent dispute, Plaintiff asks in reply that the Court "confirm the validity of that process and to deem service effectuated upon its completion." Docket No. 24 a 4. The Court declines this invitation. Courts resolve live disputes between the parties; they do not issue advisory opinions. *Flast v. Cohen*, 392 U.S. 83, 96 (1968). Hence, the Court does not confirm whether service means are sufficient, nor does it issue an order deeming service completed. *See Blue Sunsets, LLC v. Kontilai*, 2018 WL 11471812, at *1 (D. Nev. June 29, 2018) (citing *United States v. Shaw*, 2016 WL 7175596, at *1 (D. Nev. Dec. 7, 2016)).

Accordingly, the Court **DENIES** Plaintiff's motion. The Court also reminds counsel from both sides that they must engage each other (through their briefing or otherwise) in a civil and

---

[1] In addition to the means of service, Plaintiff represents in reply that there is no need to extend the service deadline. *See* Docket No. 24 at 5 (representing that Plaintiff "will complete the NRS 14.070 process well within the April 30, 2026 deadline").

professional manner. *See* Local Rule 1-1(c). Lastly, the Court **INSTRUCTS** the Clerk's Office to seal Docket No. 20-3. Plaintiff must file, by April 27, 2026, a notice attaching a properly redacted version of that document. Plaintiff's counsel is also **WARNED** that they must ensure moving forward that they redact personal identifying information. *See* Local Rule IC 6-1.

IT IS SO ORDERED.

Dated: April 20, 2026

_____
Nancy J. Koppe
United States Magistrate Judge