ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JOSEPH J. TROIANO, ESQ.
Nevada Bar No. 12505
RAIMUNDO F. LEON, ESQ.
Nevada Bar No. 17088
**EGLET LAW**
350 South Rampart Blvd, Suite 310
Las Vegas, NV 89145
E-Mail: eservice@egletlaw.com
Ph.: (702) 450-5400
Fax: (702) 450-5451
--and--
ERIC J. WILLOUGHBY, ESQ.
Nevada Bar No. 10277
STEPHEN M. SHULMAN, ESQ.
Nevada Bar No. 12093
**WILLOUGHBY SHULMAN INJURY LAWYERS**
1480 Center Crossing Road, Suite 280
Las Vegas, Nevada 89144
Telephone: 702-852-6688
Facsimile: 702-852-0308
Email: Eric@wslawlv.com
Email: Stephen@wslawlv.com
*Attorneys for Plaintiff*

EGLET LAW

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROSA ELBA DE LA VEGA, an individual;

Plaintiff,

vs.

CARLOS EDUARDO BARILA, an individual; GLOBEX TRANSPORT, INC., a Foreign Corporation, DOE INDIVIDUAL(S) 1 through 40; ROE CORPORATION(S) 1 through 40; DOE EMPLOYEE(S) 1 through 40; ROE EMPLOYER(S) 1 through 40; DOE NEGLIGENT EMPLOYEE(S) 1 through 40; ROE NEGLIGENT COMPANY(IES) 1 through 40; ROE TRANSPORTATION COMPANY(IES) 1 through 40; ROE NEGLIGENT TRANSPORTATION COMPANY(IES) 1 through 40; DOE

Case No.: 2:26-cv-00217-NJK

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

**(SECOND REQUEST)**

NEGLIGENT TRUCKING Case No.: A-25-931921-C Dept. No.: 21 ACCEPTANCE OF SERVICE EMPLOYEE(S) 1 through 40; ROE NEGLIGENT TRUCKING COMPANY(IES); DOE TRUCKING COMPANY OWNER(S); ROE TRUCKING COMPANY OWNER(S); inclusive,

Defendants.

IT IS HEREBY STIPULATED, by and between Plaintiff, ROSA ELBA DE LA VEGA ("Plaintiff"), through her attorneys of record, EGLET LAW and WILLOUGHBY SHULMAN INJURY LAWYERS, and Defendants GLOBEX TRANSPORT, INC and CARLOS EDUARDO BARILA ("Defendants" and/or "Globex" and/or "Barila") by and through its attorneys of record, LITCHFIELD CAVO, LLP, stipulate to extend the discovery deadlines to thirty (45) days pursuant to Fed. R. Civ. P. 29(b) and LR 26-3 for the reasons set forth below. This is the Parties' second requested extension of these deadlines.

**I.**

**<u>DISCOVERY COMPLETED TO DATE</u>**

1. On January 30, 2026, Defendants removed this case to Federal Court.
2. On February 23, 2026, the parties attended the FRCP 26(f) Discovery Conference.
3. On February 27, 2026, the Discovery Plan and Scheduling Order was filed. [Doc. 15].
4. On March 2, 2026, the Discovery Plan and Scheduling Order was entered. [Doc. 16].
5. On March 9, 2026, Defendant served its Initial List of Witnesses and Documents Pursuant to FRCP 26(a)(1).
6. On March 9, 2026, Plaintiff served her Initial List of Witnesses and Documents Pursuant to FRCP 26(a)(1).
7. On March 12, 2026, Plaintiff served her First Supplement to List of Witnesses and Documents Pursuant to FRCP 26(a)(1).
8. On March 2, 2026, Defendant Globex served Interrogatories, Requests for Production, and Requests for Admissions to Plaintiff.



EGLET LAW

9. On March 4, 2026, Plaintiff served Interrogatories and Requests for Production, and Requests for Admissions to Defendant Globex.
10. On March 31, 2026, Plaintiff served Responses to Defendant's First Set of Requests for Admissions, First Set of Requests for Production, and First Set of Interrogatories.
11. On April 3, 2026, Defendant served Responses to Plaintiff's First Set of Interrogatories, First Set of Requests for Production of Documents, and First Set of Requests for Admissions.
12. On April 3, 2026, Defendant served its First Supplemental List of Witnesses and Documents Pursuant to FRCP 26(a)(1).
13. On May 13, 2026, Defendant Globex served Second Set of Request for Production of Documents to Plaintiff.
14. On May 13, 2026, Plaintiff served her Second Supplemental List of Witnesses and Documents Pursuant to FRCP 26(a)(1).
15. On May 21, 2026, Defendant served its Second Supplemental List of Witnesses and Documents Pursuant to FRCP 26(a)(1).
16. On May 26, 2026, Plaintiff served Second Set of Requests for Admissions, Second Set of Interrogatories, and Second Set of Requests for Production to Defendant Globex.
17. On May 26, 2026, Plaintiff served First Set of Requests for Production, First Set of Request for Admissions, and First Set of Interrogatories to Defendant Carlos Eduardo Barila.
18. On June 3, 2026, Plaintiff served Responses to Defendant Globex's Second Set of Requests for Production.
19. On June 4, 2026, Plaintiff served her Third Supplemental List of Witnesses and Documents Pursuant to FRCP 26(a)(1).
20. On June 8, 2026, Plaintiff served Second Requests for Production, Second Set of Request for Admissions, and Second Set for Requests for Production to Defendant Barila.

EGLET LAW

21. On June 8, 2026, Plaintiff served Third Set of Requests for Admissions to Defendant Globex.
22. On June 12, 2026, Defendants served their Third Supplemental List of Witnesses and Documents Pursuant to FRCP 26(a)(1).
23. On July 20, 2026, Plaintiff served her Fourth Supplemental List of Witnesses and Documents Pursuant to FRCP 26(a)(1).
24. On August 10, 2026, Defendants served their Fourth Supplemental List of Witnesses and Documents Pursuant to FRCP 26(a)(1).
25. On September 3, 2026, Defendants served their Fifth Supplemental List of Witnesses and Documents Pursuant to FRCP 26(a)(1).
26. FRCP 35 Examination of Plaintiff was conducted on May 14, 2026.

**II.**

**DEPOSITIONS TAKEN TO DATE**

1. Rosa Elba De La Vega, conducted on August 24, 2026.

**III.**

**DISCOVERY THAT REMAINS TO BE COMPLETED**

The Parties anticipate that they will need to conduct the following additional discovery:

1. Rebuttal expert disclosures; and
2. Depositions of witnesses, medical providers, and expert witnesses.

**IV.**

**REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS AND NEEDS TO BE EXTENDED**

Pursuant to LR 26-3, good cause exists to extend discovery deadlines by 45 days. On September 3, 2026, a Stipulation and Order was signed by this Court that limits the issues for trial. *See* ECF No. 53. More specifically, the issues for trial are now limited to causation and damages. The parties are set to attend private mediation on October 6, 2026.

. . .

. . .



EGLET LAW

The parties submit this stipulation to continue the rebuttal expert deadline and discovery cut-off date by forty-five (45) days. This brief continuance will allow the parties to attend private mediation without incurring the time and costs associated with obtaining rebuttal expert reports and proceeding with the expert depositions. If this case does not resolve at mediation (or soon thereafter), this extension provides the parties with enough time to obtain and timely disclose rebuttal expert reports. Moreover, the extension will permit the parties to take depositions of expert witnesses. Under the circumstances of the parties' recent stipulation to narrow the disputed issues to causation and damages, the best use of the parties' time and efforts in these next few weeks will be to focus on how to best posture this case for potential resolution before the upcoming mediation.

For these reasons, the parties believe good cause exists to extend the discovery deadlines by forty-five (45) days.

EGLET LAW

## V.

## PROPOSED SCHEDULE

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Amend Pleadings/Add Parties** | April 30, 2026 | **CLOSED** |
| **Last Date to Disclose Initial Experts** | August 31, 2026 | **CLOSED** |
| **Last Date to Disclose Rebuttal Experts** | September 30, 2026 | **November 16, 2026**[1] |
| **Last Date for Discovery** | October 30, 2026 | **December 14, 2026** |
| **Last Date to File Dispositive Motions** | November 30, 2026 | **January 14, 2027** |
| **Last Date to File Joint Proposed Pre-Trial Order** | December 30, 2026 or 30 days after resolution of dispositive motions | **February 15, 2027**[2] |

[1] Deadline falls on Saturday, moved to the next business day.
[2] Deadline falls on Saturday, moved to the next business day.

The Parties agree that this Stipulation is entered into in good faith and is not for the purposes of undue delay.

**IT IS SO STIPULATED.**

DATED this 10th day of September, 2026.

Submitted by:

*/s/ Joseph J. Troiano, Esq.*
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JOSEPH J. TROIANO, ESQ.
Nevada Bar No. 12505
RAIMUNDO F. LEON, ESQ.
Nevada Bar No. 17088
**EGLET LAW**
350 South Rampart Blvd, Suite 310
Las Vegas, NV 89145
E-Mail: eservice@egletlaw.com
Ph.: (702) 450-5400
Fax: (702) 450-5451
--and--
ERIC J. WILLOUGHBY, ESQ.
Nevada Bar No. 10277
STEPHEN M. SHULMAN, ESQ.
Nevada Bar No. 12093
**WILLOUGHBY SHULMAN INJURY LAWYERS**
1480 Center Crossing Road, Suite 280
Las Vegas, Nevada 89144
Telephone: 702-852-6688
Facsimile: 702-852-0308
Email: Eric@wslawlv.com
Email: Stephen@wslawlv.com
*Attorneys for Plaintiff*

DATED this 10th day of September, 2026.

Approved as to form and content:

*/s/ Melissa J. Roose, Esq.*
MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
**LITCHFIELD CAVO, LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email: Roose@litchfieldcavo.com
*Attorneys for Defendants, Globex Transport, Inc., and Carlos Eduardo Barila*

EGLET LAW

**ORDER**

**IT IS SO ORDERED.**

U.S. MAGISTRATE JUDGE

DATED: September 14, 2026